Robert A. Anderson, ISB # 2124
Mark D. Sebastian, ISB #6012
ANDERSON, JULIAN & HULL LLP
C. W. Moore Plaza
250 South Fifth Street, Suite 700
Post Office Box 7426
Boise, Idaho 83707-7426
Telephone:   (208) 344-5800
Facsimile:    (208) 344-5510
E-Mail:  randerson@ajhlaw.com
         msebastian@ajhlaw.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

OF THE DISTRICT OF IDAHO

| | |
|---|---|
| PHYLLIS R. CHARTERS and ROBERT L. CHARTERS, Husband and Wife<br><br>     Plaintiff (s),<br><br>vs.<br><br>PRUDENTIAL PROPERTY AND CASUALTY INSURANCE COMPANY, LIBERTY MUTUAL GROUP, INC., and LIBERTY MUTUAL PROPERTY AND CASUALTY INSURANCE COMPANY<br><br>     Defendant (s). | Docket No.<br><br>(Ada County Case No. CV OC 0619740)<br><br>**NOTICE OF REMOVAL**<br><br>**Filing Fee: $350.00** |

TO: PLAINTIFFS AND THEIR ATTORNEYS OF RECORD, BEVIS, JOHNSON & THIRY, P.A., and THE CLERK OF THE ABOVE-ENTITLED COURT:

   PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1441 and 1446, the

Defendants hereby remove the above-entitled cause of action from the District

Court of the Fourth Judicial District of the State of Idaho, in and for the County of

**NOTICE OF REMOVAL - 1**

Ada, to the United States District Court for the District of Idaho, based on the following grounds:

FIRST:    That PRUDENTIAL PROPERTY AND CASUALTY INSURANCE COMPANY, LIBERTY MUTUAL GROUP, INC., and LIBERTY MUTUAL PROPERTY AND CASUALTY INSURANCE COMPANY, are the Defendants in Civil Case No. CV OC 0619740 brought against them in the District Court of the Fourth Judicial District of the State of Idaho, in and for the County of Ada, entitled *Phyllis R. Charters and Robert L. Charters, Husband and Wife vs. Prudential Property and Casualty Insurance Company, Liberty Mutual Group, Inc., and Liberty Mutual Property and Casualty Insurance Company,* Defendants.  A copy of the Summons and Complaint in that action is attached hereto, along with a copy of the state court docket, and constitutes all process, pleadings and orders served upon Defendants in such action.

SECOND:    That the aforesaid action was commenced by service of process consisting of a Summons and Complaint upon the Director of the Idaho Department of Insurance per Idaho Code § 41-333.

THIRD:    That the Plaintiffs in the above-entitled action are citizens of the State of Idaho; but that the Defendants in the above-entitled action are foreign corporations with their states of incorporation and principle places of business located outside of Idaho.

FOURTH:    That the matter in controversy including possible punitive damages and attorney's fees exceeds $75,000; and that similar cases resulting in judgment to Plaintiffs regularly exceed $75,000.

FIFTH:      That this is a civil action brought in a State Court of which the United States District Courts have original jurisdiction based upon diversity of citizenship as provided under 28 U.S.C. § 1332.

WHEREFORE, Defendants pray that this cause proceed in the United States District Court for the District of Idaho as an action properly removed thereto.

DATED this _3rd_ day of May, 2007.

ANDERSON, JULIAN & HULL LLP

By _____
     Robert A. Anderson, Of the Firm
     Attorneys for Defendants

<u>CERTIFICATE OF MAILING</u>

I HEREBY CERTIFY that on this _3rd_ day of May, 2007, I served a true and correct copy of the foregoing **NOTICE OF REMOVAL** by delivering the same to each of the following attorneys of record, by the method indicated below, addressed as follows:

Michael R. Johnson                    [  ]   U.S. Mail, postage prepaid
BEVIS, JOHNSON & THIRY, PA            [  ]   Hand-Delivered
960 Broadway, Suite 220              [  ]   Overnight Mail
P.O. Box 827                         [  ]   Facsimile (208) 345-0365
Boise, Idaho 83701-0827              [✓]   CM/ECF
Telephone: (208) 345-1040

_____
     Robert A. Anderson

**NOTICE OF REMOVAL** - 3

State of Idaho
## DEPARTMENT OF INSURANCE

**C.L. "BUTCH" OTTER**
*Governor*

700 West State Street, 3rd Floor
P.O. Box 83720
Boise, Idaho 83720-0043
Phone (208) 334-4250    Fax (208) 334-4298
http://www.doi.idaho.gov

**WILLIAM W. DEAL**
*Director*

**To:**   PRUDENTIAL PROPERTY & CASUALTY INSURANCE COMPANY
%CT CORPORATION SYSTEM
300 NORTH 6TH ST
BOISE  ID  83701

**CC:**   Plaintiff's counsel (w/o Enclosures) via First Class Mail

**From:** Idaho Department of Insurance

**Date:** 4/3/2007

**Re:**   NOTICE OF SUMMONS AND COMPLAINT AND DEMAND FOR JURY TRIAL IN
THE DISTRICT OF THE FOURTH JUDICIAL DISTRICT OF THE STATE OF
IDAHO, IN AND FOR THE COUNTY OF ADA CASE NO. CV OC 0619740.

---

YOU WILL PLEASE TAKE NOTICE that a due and regular service of a SUMMONS
AND COMPLAINT AND DEMAND FOR JURY TRIAL, in connection with the above-entitled
action, was made upon you by US MAIL on the THIRD day of APRIL, 2007, by delivering in
Boise, Idaho, on the said date to the Director of the Department of Insurance, State of Idaho, who
is the duly and regularly appointed Statutory Agent.  A copy of each instrument is enclosed
herewith to you as provided by law.

IN WITNESS WHEREOF, I have hereunto set my hand and the official seal of this office
at Boise, Idaho, this THIRD day of APRIL, 2007.

_____ /TJ
William W. Deal
DIRECTOR
Department of Insurance
State of Idaho

Cert No.7005 1160 0000 1506 3672

MICHAEL R. JOHNSON
BEVIS, JOHNSON & THIRY, P.A. ~MICHAEL McLAUGHLIN~
Attorneys at Law
960 Broadway, Suite 220
P.O. Box 827
Boise, Idaho 83701-0827
Telephone: (208) 345-1040
Facsimile: (208) 345-0365
Idaho State Bar No. 4706

ATTORNEYS FOR PLAINTIFFS

NO._____
PM_____
A.M._____PM____

OCT 2 0 2006

J. DAVID NAVARRO, Clerk
By _____
Deputy

IN THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT OF THE

STATE OF IDAHO, IN AND FOR THE COUNTY OF ADA

| | |
|---|---|
| PHYLLIS R. CHARTERS and<br>ROBERT L. CHARTERS, Husband and Wife )<br><br>Plaintiffs,<br><br>v.<br><br>PRUDENTIAL PROPERTY AND<br>CASUALTY INSURANCE COMPANY,<br>LIBERTY MUTUAL GROUP, INC., and<br>LIBERTY MUTUAL PROPERTY AND<br>CASUALTY INSURANCE COMPANY<br><br>Defendants. | CASE NO. **CV OC 0619740**<br><br>**SUMMONS** |

**TO: PRUDENTIAL PROPERTY AND CASUALTY INSURANCE COMPANY**

**NOTICE: YOU HAVE BEEN SUED BY THE ABOVE NAMED PLAINTIFF.**

THE COURT MAY ENTER JUDGMENT AGAINST YOU WITHOUT FURTHER NOTICE

UNLESS YOU RESPOND WITHIN THIRTY (30) DAYS. **READ THE**

**INFORMATION BELOW.**

SUMMONS - Page 1

You are hereby notified that in order to defend this lawsuit, an appropriate written response must be filed with the above designated court within twenty (20) days after service of this Summons on you.  If you fail to so respond, the Court may enter judgment against you as demanded by the Plaintiff in the Complaint.

A copy of the Complaint is served with this Summons.  If you wish to seek the advice of or representation by an attorney in this matter, you should do so promptly so that your written response, if any, may be filed in time and other legal rights protected.

An appropriate written response requires compliance with Rule 10(a)(1) and other Idaho Rules of Civil Procedure and shall also include:

1.      The title and number of this case.

2.      If your response is an Answer to the Complaint it must contain admissions or denials of the separate allegations of the Complaint and other defenses you may claim.

3.      Your signature, mailing address and telephone number, or the signature, mailing address and telephone number of your attorney.

4.      Proof of mailing or delivery of a copy of your response to Plaintiff's attorney, as designated above.

To determine whether you must pay a filing fee with your response, contact the Clerk of the above-named Court.

DATED this ___𝒲___ day of October, 2006.

CLERK OF THE DISTRICT COURT

J. DAVID NAVARRO, CLERK

ABBY TEET

By_____
        Deputy Clerk

SUMMONS - Page 2

NO._____
_____FILED_____
A.M._____P.M._____

OCT 2 0 2006

J. DAVID NAVARRO, Clerk
By ABBY TEEL
DEPUTY

MICHAEL R. JOHNSON
BEVIS, JOHNSON & THIRY, P.A.
Attorneys at Law
960 Broadway, Suite 220
P.O. Box 827
Boise, Idaho 83701-0827
Telephone: (208) 345-1040
Facsimile: (208) 345-0365
Idaho State Bar No. 4706

ATTORNEYS FOR PLAINTIFFS

IN THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT OF THE

STATE OF IDAHO, IN AND FOR THE COUNTY OF ADA

| | |
|---|---|
| PHYLLIS R. CHARTERS and<br>ROBERT L. CHARTERS, Husband and Wife )<br><br>Plaintiffs,<br><br>v.<br><br>PRUDENTIAL PROPERTY AND<br>CASUALTY INSURANCE COMPANY,<br>LIBERTY MUTUAL GROUP, INC., and<br>LIBERTY MUTUAL PROPERTY AND<br>CASUALTY INSURANCE COMPANY<br><br>Defendants. | CASE NO.  CV OC 0619740<br><br>COMPLAINT AND DEMAND<br>FOR JURY TRIAL |

COMES NOW, the above-captioned Plaintiffs, by and through their attorney of record, Bevis,

Johnson & Thiry, P.A., and complain and allege against the above captioned Defendants as follow:

COMPLAINT AND DEMAND FOR JURY TRIAL - Page 1



## PARTIES, JURISDICTION AND VENUE

### I.

Plaintiffs, are now, and at all times relevant to this action were residents of the state of Idaho.

### II.

At all times relevant herein, Defendants were foreign corporations authorized to do business in the state of Idaho and had the authority to transact insurance business in the state of Idaho.

### III.

The amount in controversy is greater than the sum of $10,000 and the claims and causes of action set forth herein therefore exceed the jurisdictional limits and prerequisites of the District Court.

### IV.

Based upon the above allegations, and the allegation further made herein, venue is proper in this action pursuant to Idaho Code § 5-404.

### V.

Service of process may be made upon Defendants pursuant to Idaho Code §§ 41-333 and 41-334, by service upon the Director of the Department of Insurance for the state of Idaho.

## FACTUAL ALLEGATIONS COMMON TO ALL COUNTS

### VI.

At all times relevant hereto Plaintiffs were insured under an automobile insurance policy issued by the Defendant, Prudential Property and Casualty Insurance Company (hereinafter "Prudential").

COMPLAINT AND DEMAND FOR JURY TRIAL - Page 2

VII.

The contractual obligations of Prudential insurance policy purchased by Plaintiffs were subsequently assumed by Defendants, Liberty Mutual Group, Inc., and Liberty Mutual Property and Casualty Insurance Company (hereinafter collectively "Liberty Mutual").

VIII.

The Policy of Insurance provided medical payments coverage for medical expenses caused by an automobile accident.

IX.

Said Policy of Insurance issued by the Defendant Prudential and subsequently assumed by Liberty Mutual also provided underinsured motorist coverage for damages for bodily injury that the Plaintiffs were legally entitled to collect from the owner or driver of an underinsured motor vehicle.

X.

On or about October 22, 2001, in Ada County, Idaho, the Plaintiffs were involved in an automobile collision with an underinsured motorist, as defined by said policy of insurance. The collision resulted from the negligence of the underinsured motorist and Plaintiffs suffered injuries and have incurred medical expenses as a proximate result of said motorist's negligence. Plaintiffs have settled with the underinsured motorist, receiving the full limits of said motorist's liability policy, all with the permission of the Defendants.

XI.

Plaintiffs have provided Defendants with proof of their losses under the medical payments coverage and underinsured motorist coverage. Defendants have failed for a period of thirty (30) days after such proofs of loss were furnished to Defendants to pay Plaintiffs the amount justly due them under the terms of said policy of insurance.

COMPLAINT AND DEMAND FOR JURY TRIAL - Page 3

XII.

Pursuant to Idaho Code § 41-1839 Defendants are liable to the Plaintiffs for Plaintiffs' attorney fees incurred in prosecuting this lawsuit.

### FIRST CAUSE OF ACTION

XIII.

Plaintiffs re-allege paragraphs I through XII as if restated herein.

XIV.

Plaintiffs have submitted to the Defendants for payment under the Plaintiffs' medical payments coverage with the Defendants, medical expenses incurred as a proximate result of the motor vehicle collision.

XV.

Defendants have failed and refused to pay all such medical expenses submitted in breach of its contract of insurance with the Plaintiffs. Defendants are liable to the Plaintiffs for that breach of contract, in an amount equal to the remaining limits of medical payments coverage.

XVI.

Plaintiffs are entitled to be awarded prejudgment interest, costs and attorney fees.

### SECOND CAUSE OF ACTION

XVII.

Plaintiffs re-allege paragraphs I through XVI as if restated herein.

XVIII.

Plaintiffs have demanded payment from Defendants for the damages for bodily injury suffered by Plaintiffs, to the extent Plaintiffs have not yet been compensated therefore by virtue of the policy limits settlement with the underinsured driver, owner and their insurer.

COMPLAINT AND DEMAND FOR JURY TRIAL - Page 4

XIX.

Defendants have failed and refused to pay the amount justly due Plaintiffs under said underinsured motorist coverage. Defendants have breached the contract of insurance and are liable to Plaintiffs for said breach in an amount in excess of $10,000.

XX.

Plaintiffs are entitled to be awarded prejudgment interest, costs and attorney fees.

THIRD CAUSE OF ACTION

XXI.

Plaintiffs re-allege paragraphs I through XX as if restated herein.

XXII.

Plaintiffs have performed all conditions the policy required them to perform.

XXIII.

Defendants have breached the implied covenant of good faith and fair dealing by failing to justly pay Plaintiffs' claims and are liable to the Plaintiffs for damages arising from said breach in an amount in excess of $10,000.

XXIV.

Plaintiffs are entitled to be awarded prejudgment interest, costs and attorney fees.

FOURTH CAUSE OF ACTION

XXV.

Plaintiffs re-allege paragraphs I through XXIV as if restated herein.

XXVI.

Defendants have acted in bad faith in denying payment of Plaintiffs' medical expenses and underinsured losses, and are liable to the Plaintiffs for damages arising from said bad faith and misconduct in an amount in excess of $10,000.

XXVII.

Plaintiffs are entitled to be awarded prejudgment interest, costs and attorney fees.

XXVIII.

Wherefore, Plaintiffs pray for Judgment against Defendants as follows:

1. Under the First Cause of Action, for damages sustained by Plaintiffs as a result of the Defendants' breach of its contract of insurance with the plaintiffs in an amount equal to the remaining limits of medical payments coverage, plus prejudgment interest, costs and attorney fees;

2. Under the Second Cause of Action, for damages sustained by Plaintiffs as a result of the Defendants' failure and refusal to pay the amount justly due Plaintiffs under said underinsured motorist coverage, in an amount in excess of $10,000, plus prejudgment interest, costs and attorney fees;

3. Under the Third Cause of Action, for damages sustained by Plaintiffs as a result of the Defendants' breach of the implied covenant of good faith and fair dealing in an amount in excess of $10,000, plus prejudgment interest, costs and attorney fees;

4. Under the Fourth Cause of Action, for damages sustained by the Plaintiffs as a result of Defendants' bad faith in denying payment of Plaintiffs' medical expenses and underinsured losses, in an amount in excess of $10,000, plus prejudgment interests, costs and attorney fees;

5. For Plaintiffs' attorney fees, costs and prejudgment interest;

6. For such further relief as the Court deems just and proper.

COMPLAINT AND DEMAND FOR JURY TRIAL - Page 6

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38(b), *Idaho Rules of Civil Procedure*, Plaintiffs demand a trial by jury on any and all issues properly triable by jury in this action.

DATED This 26th day of October 2006.

BEVIS, JOHNSON & THIRY, P.A.

By_____

     Michael R. Johnson
     Attorneys for Plaintiffs

NO. _____

AM. _____ PM. _____

FILED

APR 1 6 2007

J. DAVID NAVARRO, Clerk
By ABSY TEEL
DEPUTY

MICHAEL R. JOHNSON
BEVIS, JOHNSON & THIRY, P.A.
Attorneys at Law
960 Broadway, Suite 220
P.O. Box 827
Boise, Idaho 83701-0827
Telephone: (208) 345-1040
Facsimile: (208) 345-0365
Idaho State Bar No. 4706

ATTORNEYS FOR PLAINTIFFS

IN THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT OF THE

STATE OF IDAHO, IN AND FOR THE COUNTY OF ADA

| | |
|---|---|
| PHYLLIS R. CHARTERS and<br>ROBERT L. CHARTERS, Husband and Wife )<br><br>Plaintiffs,<br><br>v.<br><br>PRUDENTIAL PROPERTY AND<br>CASUALTY INSURANCE COMPANY,<br>LIBERTY MUTUAL GROUP, INC.,<br>LIBERTY MUTUAL PROPERTY AND<br>CASUALTY INSURANCE COMPANY and<br>LIBERTY MUTUAL FIRE INSURANCE<br>COMPANY<br><br>Defendants. | CASE NO.  CV OC 0619740<br><br>SUMMONS ON AMENDED<br>COMPLAINT |

**TO:**  **LIBERTY MUTUAL GROUP, INC., LIBERTY MUTUAL PROPERTY, AND CASUALTY INSURANCE COMPANY and LIBERTY MUTUAL FIRE INSURANCE COMPANY**

**NOTICE:  YOU HAVE BEEN SUED BY THE ABOVE NAMED PLAINTIFF.**

**THE COURT MAY ENTER JUDGMENT AGAINST YOU WITHOUT FURTHER NOTICE**

SUMMONS ON AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL – Page 1



**UNLESS YOU RESPOND WITHIN THIRTY (30) DAYS.  READ THE INFORMATION
BELOW.**

You are hereby notified that in order to defend this lawsuit, an appropriate written response

must be filed with the above designated court within twenty (20) days after service of this Summons

on you.  If you fail to so respond, the Court may enter judgment against you as demanded by the

Plaintiff in the Amended Complaint and Demand for Jury Trial.

A copy of the Amended Complaint and Demand for Jury Trial is served with this Summons.

If you wish to seek the advice of or representation by an attorney in this matter, you should do so

promptly so that your written response, if any, may be filed in time and other legal rights protected.

An appropriate written response requires compliance with Rule 10(a)(1) and other Idaho

Rules of Civil Procedure and shall also include:

1.     The title and number of this case.

2.     If your response is an Answer to the Amended Complaint and Demand for Jury Trial
it must contain admissions or denials of the separate allegations of the Amended Complaint and
Demand for Jury Trial and other defenses you may claim.

3.     Your signature, mailing address and telephone number, or the signature, mailing
address and telephone number of your attorney.

4.     Proof of mailing or delivery of a copy of your response to Plaintiff's attorney, as
designated above.

To determine whether you must pay a filing fee with your response, contact the Clerk of the
above-named Court.

DATED this ____ day of April, 2007.

CLERK OF THE DISTRICT COURT

J. DAVID NAVARRO, CLERK

By_____ ABBY TEEL _____
Deputy Clerk

SUMMONS ON AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL - Page 2

MICHAEL R. JOHNSON
BEVIS, JOHNSON & THIRY, P.A.
Attorneys at Law
960 Broadway, Suite 220
P.O. Box 827
Boise, Idaho 83701-0827
Telephone: (208) 345-1040
Facsimile: (208) 345-0365
Idaho State Bar No. 4706

NO. _____
AM. _____ FILED _____ P.M.

APR 1 6 2007

J. DAVID NAVARRO, Clerk
By ABBY Taxx
DEPUTY

ATTORNEYS FOR PLAINTIFFS

IN THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT OF THE

STATE OF IDAHO, IN AND FOR THE COUNTY OF ADA

| | |
|---|---|
| PHYLLIS R. CHARTERS and ROBERT L. CHARTERS, Husband and Wife<br><br>Plaintiffs,<br><br>v.<br><br>PRUDENTIAL PROPERTY AND CASUALTY INSURANCE COMPANY, LIBERTY MUTUAL GROUP, INC., LIBERTY MUTUAL PROPERTY AND CASUALTY INSURANCE COMPANY, and LIBERTY MUTUAL FIRE INSURANCE COMPANY<br><br>Defendants. | CASE NO. CV OC 0619740<br><br>AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL |

COMES NOW, the above-captioned Plaintiffs, by and through their attorney of record, Bevis,

Johnson & Thiry, P.A., and complain and allege against the above captioned Defendants as follow:

AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL – Page 1

COPY

## PARTIES, JURISDICTION AND VENUE

### I.

Plaintiffs, are now, and at all times relevant to this action were residents of the state of Idaho.

### II.

At all times relevant herein, Defendants were foreign corporations authorized to do business in the state of Idaho and had the authority to transact insurance business in the state of Idaho.

### III.

The amount in controversy is greater than the sum of $10,000 and the claims and causes of action set forth herein therefore exceed the jurisdictional limits and prerequisites of the District Court.

### IV.

Based upon the above allegations, and the allegation further made herein, venue is proper in this action pursuant to Idaho Code § 5-404.

### V.

Service of process may be made upon Defendants pursuant to Idaho Code §§ 41-333 and 41-334, by service upon the Director of the Department of Insurance for the state of Idaho.

## FACTUAL ALLEGATIONS COMMON TO ALL COUNTS

### VI.

At all times relevant hereto Plaintiffs were insured under an automobile insurance policy issued by the Defendant, Prudential Property and Casualty Insurance Company (hereinafter "Prudential").

VII.

The contractual obligations of Prudential insurance policy purchased by Plaintiffs were subsequently assumed by Defendants, Liberty Mutual Group, Inc., Liberty Mutual Property and Casualty Insurance Company, and Liberty Mutual Fire Insurance Company (hereinafter collectively "Liberty Mutual").

VIII.

The Policy of Insurance provided medical payments coverage for medical expenses caused by an automobile accident.

IX.

Said Policy of Insurance issued by the Defendant Prudential and subsequently assumed by Liberty Mutual also provided underinsured motorist coverage for damages for bodily injury that the Plaintiffs were legally entitled to collect from the owner or driver of an underinsured motor vehicle.

X.

On or about October 22, 2001, in Ada County, Idaho, the Plaintiffs were involved in an automobile collision with an underinsured motorist, as defined by said policy of insurance. The collision resulted from the negligence of the underinsured motorist and Plaintiffs suffered injuries and have incurred medical expenses as a proximate result of said motorist's negligence. Plaintiffs have settled with the underinsured motorist, receiving the full limits of said motorist's liability policy, all with the permission of the Defendants.

XI.

Plaintiffs have provided Defendants with proof of their losses under the medical payments coverage and underinsured motorist coverage. Defendants have failed for a period of thirty (30) days

AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL - Page 3

after such proofs of loss were furnished to Defendants to pay Plaintiffs the amount justly due them under the terms of said policy of insurance.

## XII.

Pursuant to Idaho Code § 41-1839 Defendants are liable to the Plaintiffs for Plaintiffs' attorney fees incurred in prosecuting this lawsuit.

## FIRST CAUSE OF ACTION

## XIII.

Plaintiffs re-allege paragraphs I through XII as if restated herein.

## XIV.

Plaintiffs have submitted to the Defendants for payment under the Plaintiffs' medical payments coverage with the Defendants, medical expenses incurred as a proximate result of the motor vehicle collision.

## XV.

Defendants have failed and refused to pay all such medical expenses submitted in breach of its contract of insurance with the Plaintiffs. Defendants are liable to the Plaintiffs for that breach of contract, in an amount equal to the remaining limits of medical payments coverage.

## XVI.

Plaintiffs are entitled to be awarded prejudgment interest, costs and attorney fees.

## SECOND CAUSE OF ACTION

## XVII.

Plaintiffs re-allege paragraphs I through XVI as if restated herein.

AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL - Page 4

### XVIII.

Plaintiffs have demanded payment from Defendants for the damages for bodily injury suffered by Plaintiffs, to the extent Plaintiffs have not yet been compensated therefore by virtue of the policy limits settlement with the underinsured driver, owner and their insurer.

### XIX.

Defendants have failed and refused to pay the amount justly due Plaintiffs under said underinsured motorist coverage. Defendants have breached the contract of insurance and are liable to Plaintiffs for said breach in an amount in excess of $10,000.

### XX.

Plaintiffs are entitled to be awarded prejudgment interest, costs and attorney fees.

### THIRD CAUSE OF ACTION

### XXI.

Plaintiffs re-allege paragraphs I through XX as if restated herein.

### XXII.

Plaintiffs have performed all conditions the policy required them to perform.

### XXIII.

Defendants have breached the implied covenant of good faith and fair dealing by failing to justly pay Plaintiffs' claims and are liable to the Plaintiffs for damages arising from said breach in an amount in excess of $10,000.

### XXIV.

Plaintiffs are entitled to be awarded prejudgment interest, costs and attorney fees.

## FOURTH CAUSE OF ACTION

### XXV.

Plaintiffs re-allege paragraphs I through XXIV as if restated herein.

### XXVI.

Defendants have acted in bad faith in denying payment of Plaintiffs' medical expenses and underinsured losses, and are liable to the Plaintiffs for damages arising from said bad faith and misconduct in an amount in excess of $10,000.

### XXVII.

Plaintiffs are entitled to be awarded prejudgment interest, costs and attorney fees.

### XXVIII.

Wherefore, Plaintiffs pray for Judgment against Defendants as follows:

1.      Under the First Cause of Action, for damages sustained by Plaintiffs as a result of the Defendants' breach of its contract of insurance with the plaintiffs in an amount equal to the remaining limits of medical payments coverage, plus prejudgment interest, costs and attorney fees;

2.      Under the Second Cause of Action, for damages sustained by Plaintiffs as a result of the Defendants' failure and refusal to pay the amount justly due Plaintiffs under said underinsured motorist coverage, in an amount in excess of $10,000, plus prejudgment interest, costs and attorney fees;

3.      Under the Third Cause of Action, for damages sustained by Plaintiffs as a result of the Defendants' breach of the implied covenant of good faith and fair dealing in an amount in excess of $10,000, plus prejudgment interest, costs and attorney fees;

AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL - Page 6

4.      Under the Fourth Cause of Action, for damages sustained by the Plaintiffs as a result of Defendants' bad faith in denying payment of Plaintiffs' medical expenses and underinsured losses, in an amount in excess of $10,000, plus prejudgment interests, costs and attorney fees;

5.      For Plaintiffs' attorney fees, costs and prejudgment interest;

6.      For such further relief as the Court deems just and proper.

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38(b), *Idaho Rules of Civil Procedure*, Plaintiffs demand a trial by jury on any and all issues properly triable by jury in this action.

DATED This 16th day of April 2007.

BEVIS, JOHNSON & THIRY, P.A.

By_____

Michael R. Johnson
Attorneys for Plaintiffs

AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL - Page 7

Date: 5/2/2007                Fourth Judicial District Court Ada County                      CCLEWIMP

Time: 03:57 PM

ROA Report

Page 1 of 1          Case: CV-OC-2006-19740  Current Judge: Michael McLaughlin

Phyllis R Charters, etal.  vs. Prudential Property And Casualty Insurance Company, etal.

| Date | Code | User | | Judge |
|------|------|------|---|-------|
| 10/20/2006 | NCOC | CCTEELAL | New Case Filed - Other Claims | Michael McLaughlin |
| | COMP | CCTEELAL | Complaint Filed | Michael McLaughlin |
| | SMFI | CCTEELAL | Summons Filed (2) | Michael McLaughlin |
| 4/4/2007 | CERT | CCNAVATA | Certificate of Service (04/03/07) | Michael McLaughlin |
| 4/10/2007 | AFOS | CCAMESLC | Affidavit Of Service 4/5/07 (2) | Michael McLaughlin |
| 4/16/2007 | COMP | CCBARCCR | Amended Complaint and Demand for Jury Trial Filed | Michael McLaughlin |
| | SMFI | CCBARCCR | (2) Summons on Amended Complaint Filed | Michael McLaughlin |
| 4/23/2007 | AFOS | CCNAVATA | (3) Affidavit Of Service (04/18/07) | Michael McLaughlin |
| 4/26/2007 | AFOS | CCTEELAL | Affidavit Of Service 4.23.07 | Michael McLaughlin |
| | CERS | CCTEELAL | Certificate Of Service 4.24.07 | Michael McLaughlin |