Robert A. Anderson, ISB # 2124
Mark D. Sebastian, ISB #6012
ANDERSON, JULIAN & HULL LLP
C. W. Moore Plaza
250 South Fifth Street, Suite 700
Post Office Box 7426
Boise, Idaho 83707-7426
Telephone:  (208) 344-5800
Facsimile:   (208) 344-5510
E-Mail:  randerson@ajhlaw.com
         msebastian@ajhlaw.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

OF THE DISTRICT OF IDAHO

| | |
|---|---|
| PHYLLIS R. CHARTERS and ROBERT L. CHARTERS, Husband and Wife<br><br>Plaintiff (s),<br><br>vs.<br><br>PRUDENTIAL PROPERTY AND CASUALTY INSURANCE COMPANY, LIBERTY MUTUAL GROUP, INC., and LIBERTY MUTUAL PROPERTY AND CASUALTY INSURANCE COMPANY<br><br>Defendant (s). | Docket No. 07-206<br><br>(Ada County Case No. CV OC 0619740)<br><br>**NOTICE OF REMOVAL**<br><br>**Filing Fee: $350.00** |

TO: PLAINTIFFS AND THEIR ATTORNEYS OF RECORD, BEVIS, JOHNSON & THIRY, P.A., and THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1441 and 1446, the Defendants hereby remove the above-entitled cause of action from the District Court of the Fourth Judicial District of the State of Idaho, in and for the County of

NOTICE OF REMOVAL - 1

Ada, to the United States District Court for the District of Idaho, based on the following grounds:

FIRST: That PRUDENTIAL PROPERTY AND CASUALTY INSURANCE COMPANY, LIBERTY MUTUAL GROUP, INC., and LIBERTY MUTUAL PROPERTY AND CASUALTY INSURANCE COMPANY, are the Defendants in Civil Case No. CV OC 0619740 brought against them in the District Court of the Fourth Judicial District of the State of Idaho, in and for the County of Ada, entitled ***Phyllis R. Charters and Robert L. Charters, Husband and Wife vs. Prudential Property and Casualty Insurance Company, Liberty Mutual Group, Inc., and Liberty Mutual Property and Casualty Insurance Company,*** Defendants.  A copy of the Summons and Complaint in that action is attached hereto, along with a copy of the state court docket, and constitutes all process, pleadings and orders served upon Defendants in such action.

SECOND:  That the aforesaid action was commenced by service of process consisting of a Summons and Complaint upon the Director of the Idaho Department of Insurance per Idaho Code § 41-333.

THIRD:  That the Plaintiffs in the above-entitled action are citizens of the State of Idaho; but that the Defendants in the above-entitled action are foreign corporations with their states of incorporation and principle places of business located outside of Idaho.

FOURTH:  That the matter in controversy including possible punitive damages and attorney's fees exceeds $75,000; and that similar cases resulting in judgment to Plaintiffs regularly exceed $75,000.

FIFTH: That this is a civil action brought in a State Court of which the United States District Courts have original jurisdiction based upon diversity of citizenship as provided under 28 U.S.C. § 1332.

WHEREFORE, Defendants pray that this cause proceed in the United States District Court for the District of Idaho as an action properly removed thereto.

DATED this 3rd day of May, 2007.

ANDERSON, JULIAN & HULL LLP

By _____
  Robert A. Anderson, Of the Firm
  Attorneys for Defendants

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on this 3rd day of May, 2007, I served a true and correct copy of the foregoing **NOTICE OF REMOVAL** by delivering the same to each of the following attorneys of record, by the method indicated below, addressed as follows:

| | |
|---|---|
| Michael R. Johnson<br>BEVIS, JOHNSON & THIRY, PA<br>960 Broadway, Suite 220<br>P.O. Box 827<br>Boise, Idaho 83701-0827<br>Telephone: (208) 345-1040 | [ ] U.S. Mail, postage prepaid<br>[ ] Hand-Delivered<br>[ ] Overnight Mail<br>[ ] Facsimile (208) 345-0365<br>[✓] CM/ECF |

_____
  Robert A. Anderson