**CT CORPORATION**
A WoltersKluwer Company

**Service of Process Transmittal**
04/04/2007
Log Number 512103852

Received
APR 0 5 2007
H.O. Legal Dept.

**TO:** Eve Mihalakopoulos
Liberty Mutual Insurance Company
175 Berkeley Street
Boston, MA, 02116

**RE:** Process Served in Idaho

**FOR:** Prudential Property and Casualty Insurance Company (Former Name) (Domestic State: IN)
LM Property and Casualty Insurance Company (True Name)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Phyllis R. Charters and Robert L. Charters, Husband and Wife, Plaintiffs vs. Prudential Property and Casualty Insurance Company, et al, Defendants |
| **DOCUMENT(S) SERVED:** | DOI cover letter; Summons; Complaint and Demand for Jury Trial |
| **COURT/AGENCY:** | Ada County, Fourth Judicial District, State of Idaho, ID<br>Case # CV OC 0619740 |
| **NATURE OF ACTION:** | Insurance Litigation - Summons & Complaint - Breach of Contract |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Boise, ID |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 04/04/2007 postmarked on 04/03/2007 |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days |
| **ATTORNEY(S) / SENDER(S):** | Michael R. Johnson<br>Bevis, Johnson & Thiry, P.A.<br>960 Broadway<br>Suite 220<br>P.O. Box 827<br>Boise, ID, 83701-0827<br>208-345-1040 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via Fed Ex 2 Day, 790218113648 |
| **SIGNED:**<br>**ADDRESS:**<br>**TELEPHONE:** | C T Corporation System<br>300 North 6th Street<br>Boise, ID, 83702<br>208-344-8635 |

Page 1 of 1 / JL

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of the package only, not of its contents.

State of Idaho
## DEPARTMENT OF INSURANCE

C.L. "BUTCH" OTTER
Governor

700 West State Street, 3rd Floor
P.O. Box 83720
Boise, Idaho 83720-0043
Phone (208) 334-4250   Fax (208) 334-4298
http://www.doi.idaho.gov

WILLIAM W. DEAL
Director

**To:** PRUDENTIAL PROPERTY & CASUALTY INSURANCE COMPANY
%CT CORPORATION SYSTEM
300 NORTH 6TH ST
BOISE ID 83701

**CC:** Plaintiff's counsel (w/o Enclosures) via First Class Mail

**From:** Idaho Department of Insurance

**Date:** 4/3/2007

**Re:** NOTICE OF SUMMONS AND COMPLAINT AND DEMAND FOR JURY TRIAL IN THE DISTRICT OF THE FOURTH JUDICIAL DISTRICT OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF ADA CASE NO. CV OC 0619740.

---

YOU WILL PLEASE TAKE NOTICE that a due and regular service of a SUMMONS AND COMPLAINT AND DEMAND FOR JURY TRIAL, in connection with the above-entitled action, was made upon you by US MAIL on the THIRD day of APRIL, 2007, by delivering in Boise, Idaho, on the said date to the Director of the Department of Insurance, State of Idaho, who is the duly and regularly appointed Statutory Agent. A copy of each instrument is enclosed herewith to you as provided by law.

IN WITNESS WHEREOF, I have hereunto set my hand and the official seal of this office at Boise, Idaho, this THIRD day of APRIL, 2007.

*[signature]* /TJ
William W. Deal
DIRECTOR
Department of Insurance
State of Idaho

Cert No. 7005 1160 0000 1506 3672

MICHAEL R. JOHNSON
BEVIS, JOHNSON & THIRY, P.A.
Attorneys at Law
960 Broadway, Suite 220
P.O. Box 827
Boise, Idaho 83701-0827
Telephone: (208) 345-1040
Facsimile: (208) 345-0365
Idaho State Bar No. 4706

ATTORNEYS FOR PLAINTIFFS

IN THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT OF THE

STATE OF IDAHO, IN AND FOR THE COUNTY OF ADA

| | |
|---|---|
| PHYLLIS R. CHARTERS and ROBERT L. CHARTERS, Husband and Wife )<br><br>Plaintiffs, )<br><br>v. )<br><br>PRUDENTIAL PROPERTY AND CASUALTY INSURANCE COMPANY, LIBERTY MUTUAL GROUP, INC., and LIBERTY MUTUAL PROPERTY AND CASUALTY INSURANCE COMPANY )<br><br>Defendants. ) | CASE NO. **CV OC 0619740**<br><br>SUMMONS |

**TO: PRUDENTIAL PROPERTY AND CASUALTY INSURANCE COMPANY**

**NOTICE: YOU HAVE BEEN SUED BY THE ABOVE NAMED PLAINTIFF.**

THE COURT MAY ENTER JUDGMENT AGAINST YOU WITHOUT FURTHER NOTICE

UNLESS YOU RESPOND WITHIN THIRTY (30) DAYS. **READ THE**

**INFORMATION BELOW.**

SUMMONS - Page 1

You are hereby notified that in order to defend this lawsuit, an appropriate written response must be filed with the above designated court within twenty (20) days after service of this Summons on you. If you fail to so respond, the Court may enter judgment against you as demanded by the Plaintiff in the Complaint.

A copy of the Complaint is served with this Summons. If you wish to seek the advice of or representation by an attorney in this matter, you should do so promptly so that your written response, if any, may be filed in time and other legal rights protected.

An appropriate written response requires compliance with Rule 10(a)(1) and other Idaho Rules of Civil Procedure and shall also include:

1. The title and number of this case.

2. If your response is an Answer to the Complaint it must contain admissions or denials of the separate allegations of the Complaint and other defenses you may claim.

3. Your signature, mailing address and telephone number, or the signature, mailing address and telephone number of your attorney.

4. Proof of mailing or delivery of a copy of your response to Plaintiff's attorney, as designated above.

To determine whether you must pay a filing fee with your response, contact the Clerk of the above-named Court.

DATED this _W_ day of October, 2006.

                                                            CLERK OF THE DISTRICT COURT

                                                                  J. DAVID NAVARRO, CLERK

                                                                       ABBY TEEL
By_____
                                                               Deputy Clerk

```
                                                    FILED
                                         A.M._____P.M._____

                                            OCT 2 0 2006
MICHAEL R. JOHNSON
BEVIS, JOHNSON & THIRY, P.A.             J. DAVID NAVARRO, Clerk
Attorneys at Law                            By ABBY TEEL
960 Broadway, Suite 220                        DEPUTY
P.O. Box 827
Boise, Idaho 83701-0827
Telephone: (208) 345-1040
Facsimile: (208) 345-0365
Idaho State Bar No. 4706
```

ATTORNEYS FOR PLAINTIFFS

IN THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT OF THE

STATE OF IDAHO, IN AND FOR THE COUNTY OF ADA

| | |
|---|---|
| PHYLLIS R. CHARTERS and<br>ROBERT L. CHARTERS, Husband and Wife )<br><br>Plaintiffs,<br><br>v.<br><br>PRUDENTIAL PROPERTY AND<br>CASUALTY INSURANCE COMPANY,<br>LIBERTY MUTUAL GROUP, INC., and<br>LIBERTY MUTUAL PROPERTY AND<br>CASUALTY INSURANCE COMPANY<br><br>Defendants. | CASE NO. **CV OC 0619740**<br><br>COMPLAINT AND DEMAND<br>FOR JURY TRIAL |

COMES NOW, the above-captioned Plaintiffs, by and through their attorney of record, Bevis, Johnson & Thiry, P.A., and complain and allege against the above captioned Defendants as follow:

COMPLAINT AND DEMAND FOR JURY TRIAL - Page 1



## PARTIES, JURISDICTION AND VENUE

I.

Plaintiffs, are now, and at all times relevant to this action were residents of the state of Idaho.

II.

At all times relevant herein, Defendants were foreign corporations authorized to do business in the state of Idaho and had the authority to transact insurance business in the state of Idaho.

III.

The amount in controversy is greater than the sum of $10,000 and the claims and causes of action set forth herein therefore exceed the jurisdictional limits and prerequisites of the District Court.

IV.

Based upon the above allegations, and the allegation further made herein, venue is proper in this action pursuant to Idaho Code § 5-404.

V.

Service of process may be made upon Defendants pursuant to Idaho Code §§ 41-333 and 41-334, by service upon the Director of the Department of Insurance for the state of Idaho.

## FACTUAL ALLEGATIONS COMMON TO ALL COUNTS

VI.

At all times relevant hereto Plaintiffs were insured under an automobile insurance policy issued by the Defendant, Prudential Property and Casualty Insurance Company (hereinafter "Prudential").

VII.

The contractual obligations of Prudential insurance policy purchased by Plaintiffs were subsequently assumed by Defendants, Liberty Mutual Group, Inc., and Liberty Mutual Property and Casualty Insurance Company (hereinafter collectively "Liberty Mutual").

VIII.

The Policy of Insurance provided medical payments coverage for medical expenses caused by an automobile accident.

IX.

Said Policy of Insurance issued by the Defendant Prudential and subsequently assumed by Liberty Mutual also provided underinsured motorist coverage for damages for bodily injury that the Plaintiffs were legally entitled to collect from the owner or driver of an underinsured motor vehicle.

X.

On or about October 22, 2001, in Ada County, Idaho, the Plaintiffs were involved in an automobile collision with an underinsured motorist, as defined by said policy of insurance. The collision resulted from the negligence of the underinsured motorist and Plaintiffs suffered injuries and have incurred medical expenses as a proximate result of said motorist's negligence. Plaintiffs have settled with the underinsured motorist, receiving the full limits of said motorist's liability policy, all with the permission of the Defendants.

XI.

Plaintiffs have provided Defendants with proof of their losses under the medical payments coverage and underinsured motorist coverage. Defendants have failed for a period of thirty (30) days after such proofs of loss were furnished to Defendants to pay Plaintiffs the amount justly due them under the terms of said policy of insurance.

COMPLAINT AND DEMAND FOR JURY TRIAL - Page 3

XII.

Pursuant to Idaho Code § 41-1839 Defendants are liable to the Plaintiffs for Plaintiffs' attorney fees incurred in prosecuting this lawsuit.

## FIRST CAUSE OF ACTION

XIII.

Plaintiffs re-allege paragraphs I through XII as if restated herein.

XIV.

Plaintiffs have submitted to the Defendants for payment under the Plaintiffs' medical payments coverage with the Defendants, medical expenses incurred as a proximate result of the motor vehicle collision.

XV.

Defendants have failed and refused to pay all such medical expenses submitted in breach of its contract of insurance with the Plaintiffs. Defendants are liable to the Plaintiffs for that breach of contract, in an amount equal to the remaining limits of medical payments coverage.

XVI.

Plaintiffs are entitled to be awarded prejudgment interest, costs and attorney fees.

## SECOND CAUSE OF ACTION

XVII.

Plaintiffs re-allege paragraphs I through XVI as if restated herein.

XVIII.

Plaintiffs have demanded payment from Defendants for the damages for bodily injury suffered by Plaintiffs, to the extent Plaintiffs have not yet been compensated therefore by virtue of the policy limits settlement with the underinsured driver, owner and their insurer.

COMPLAINT AND DEMAND FOR JURY TRIAL - Page 4

XIX.

Defendants have failed and refused to pay the amount justly due Plaintiffs under said underinsured motorist coverage. Defendants have breached the contract of insurance and are liable to Plaintiffs for said breach in an amount in excess of $10,000.

XX.

Plaintiffs are entitled to be awarded prejudgment interest, costs and attorney fees.

THIRD CAUSE OF ACTION

XXI.

Plaintiffs re-allege paragraphs I through XX as if restated herein.

XXII.

Plaintiffs have performed all conditions the policy required them to perform.

XXIII.

Defendants have breached the implied covenant of good faith and fair dealing by failing to justly pay Plaintiffs' claims and are liable to the Plaintiffs for damages arising from said breach in an amount in excess of $10,000.

XXIV.

Plaintiffs are entitled to be awarded prejudgment interest, costs and attorney fees.

FOURTH CAUSE OF ACTION

XXV.

Plaintiffs re-allege paragraphs I through XXIV as if restated herein.

XXVI.

Defendants have acted in bad faith in denying payment of Plaintiffs' medical expenses and underinsured losses, and are liable to the Plaintiffs for damages arising from said bad faith and misconduct in an amount in excess of $10,000.

XXVII.

Plaintiffs are entitled to be awarded prejudgment interest, costs and attorney fees.

XXVIII.

Wherefore, Plaintiffs pray for Judgment against Defendants as follows:

1. Under the First Cause of Action, for damages sustained by Plaintiffs as a result of the Defendants' breach of its contract of insurance with the plaintiffs in an amount equal to the remaining limits of medical payments coverage, plus prejudgment interest, costs and attorney fees;

2. Under the Second Cause of Action, for damages sustained by Plaintiffs as a result of the Defendants' failure and refusal to pay the amount justly due Plaintiffs under said underinsured motorist coverage, in an amount in excess of $10,000, plus prejudgment interest, costs and attorney fees;

3. Under the Third Cause of Action, for damages sustained by Plaintiffs as a result of the Defendants' breach of the implied covenant of good faith and fair dealing in an amount in excess of $10,000, plus prejudgment interest, costs and attorney fees;

4. Under the Fourth Cause of Action, for damages sustained by the Plaintiffs as a result of Defendants' bad faith in denying payment of Plaintiffs' medical expenses and underinsured losses, in an amount in excess of $10,000, plus prejudgment interests, costs and attorney fees;

5. For Plaintiffs' attorney fees, costs and prejudgment interest;

6. For such further relief as the Court deems just and proper.

COMPLAINT AND DEMAND FOR JURY TRIAL - Page 6

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38(b), *Idaho Rules of Civil Procedure*, Plaintiffs demand a trial by jury on any and all issues properly triable by jury in this action.

DATED This 20th day of October 2006.

BEVIS, JOHNSON & THIRY, P.A.

By_____
Michael R. Johnson
Attorneys for Plaintiffs